ACCEPTED
12-14-00069-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/28/2015 9:17:00 AM
CATHY LUSK
CLERK

CAUSE NO. 12-14-00069-CR

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/28/2015 9:17:00 AM
CATHY S. LUSK
Clerk

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE |
| | § | |
| VS. | § | TWELFTH COURT |
| | § | |
| JASON WAYNE FRIZZEL | § | OF APPEALS |

## MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Christopher V. Grier, Assistant District Attorney, Appellee in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellee's brief, pursuant to Rule 38.6 of the Texas rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 349th Judicial District Court of Houston County, Texas.

2. The case below was styled the State of Texas vs. Jason Wayne Frizzell and numbered 13CR-183.

3. Appellant was convicted of Injury to a Child, Texas Penal Code section 22.04.

4. Appellant's brief was filed on December 31, 2014.

5. Appellee's brief is presently due on January 31, 2015.

6. Appellee requests an extension of time of 30 days from the present date.

7. No extension to file the brief has been received in this cause by Appellee.

8. Appellee relies on the following facts as good cause for the requested extension:

a. Christopher V. Grier received the appellant's brief on December 31, 2014.

b. Counsel was not in the office until January 2, 2015.

c. Counsel had court with many cases on the docket on January 5, 2015 and a jury trial that began on January 6, 2015 and ended on January 8, 2015.

d. Counsel had court with many cases on the docket on January 9, 2015.

e. Counsel had court with many cases on the docket on January 15, 2015.

f. Counsel was in a jury trial that began on January 20, 2015 and ended January 22, 2015.

**WHEREFORE, PREMISES CONSIDERED,** Christopher V. Grier, Assistant District Attorney, prays that this Court grant this Motion To Extend Time to File Appellee's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully Submitted,

*Christopher V. Grier*

Christopher V. Grier
401 E. Houston Ave.
Crockett, Texas  75835
(936) 544-3255 ext. 245
(936) 544-2790 (fax)
State Bar No 24026129
cgrier@co.houston.tx.us

<u>CERTIFICATE OF SERVICE</u>

A true and correct copy of the above and foregoing has been served on:

Stephen Evans by fax this the 28th day of January, 2015.

*Christopher V. Grier*

CHRISTOPHER V. GRIER